**EXHIBIT 1:** VIDEO #1 -STILL FRAME IMAGE

