**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.instagram.com/thefrankieshop/tagged/?hl=en



